Stacy Walker
Walker & Eakes, LLC
329 F Street, Ste 200
Anchorage, AK 99501
Phone (907) 272-9255
Fax (907) 272-9256
stacy@walkereakes.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HELEN SARKISSIAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HARTFORD INSURANCE CO. of the MIDWEST, | ) ) ) |
| Defendant. | ) Case No. ) |

## NOTICE OF REMOVAL

COMES NOW defendant, Hartford Insurance Co. of the Midwest, by and through counsel, Walker & Eakes, and hereby gives notice of removal pursuant to 28 USC 1441(a) and 28 USC 1332(a). The plaintiff served a copy of the complaint on Bret S. Kolb, Director of Insurance on January 9, 2013. See Affidavit of Civil Rule 4 Process [Exhibit A]. The complaint was filed on January 3, 2013. [Exhibit B]. The amount demanded exceeds $100,000. Id. at p. 7. This case is subject to removal for diversity of citizenship. This notice is timely, and service to all other parties has been affected as indicated in the certificate of service, below. Notice of this removal is being concurrently filed with the state court.

A copy of all other process in addition to the complaint and affidavit of service, filed in the state court are attached. *See* Entry of Appearance; Assignment of Judge [Exhibit C].

DATED this 29th day of January, 2013, at Anchorage, Alaska.

Walker & Eakes, LLC
Attorney for Defendant
HARTFORD INSURANCE CO.

By: /s/ Stacy L. Walker
Stacy L. Walker
Alaska Bar No. 0005014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this ___ day of January, 2013 by:

☑ : Mail
☐ : Facsimile
☐ : Hand Delivery
☐ : Courier

To the following persons:

Barber & Banker, LLC
821 N Street, Suite 103
Anchorage, AK 99501

/s/ Chantel Pelton
Walker & Eakes, LLC
190.616/pld/Notice of Removal

Walker & Eakes LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Sarkissian v Hartford*; Case No. _____
**NOTICE OF REMOVAL**
Page 2 of 2