IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HELEN SARKISSIAN, )
)
Plaintiff, )
)
vs. )
)
HARTFORD INSURANCE CO. of )
the MIDWEST, )
)
Defendant. )
_____ )    Case No. 3AN-        CI

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

## COMPLAINT

COMES NOW the plaintiff, HELEN SARKISSIAN, by and through her

attorneys, Barber & Banker, LLC, and for her complaint against defendant HARTFORD

INSURANCE CO. of the MIDWEST does state and allege as follows:

1.      That at all times material hereto, plaintiff was and is a resident of

Wasilla, Alaska.

2.      That at all times material hereto, defendant HARTFORD

INSURANCE CO. of the MIDWEST (hereinafter "Hartford") was and is an insurance

company doing business in the state of Alaska subject to the jurisdiction of this court.

3.      The defendant is liable for the facts and/or failures to act of its

employees under theories of vicarious liability and/or respondeat superior and/or agency.

4. On 3/7/09, plaintiff was insured by defendant for underinsured motorist

(UIM) bodily injury and medical payments coverages.

5. The plaintiff was injured in a 3/7/09 auto collision caused by the negligence of an underinsured driver in Anchorage, Alaska.

6. The defendant promised to pay the plaintiff the bodily injury damages caused by an underinsured motorist.

7. The plaintiff properly submitted medical payments and UIM bodily injury claims to defendant.

8. A UIM bodily injury claim is a first-party claim.

9. The plaintiff triggered a UIM bodily injury claim pursuant to defendant's policy.

10. The defendant is liable for past and/or future: medical expense, wage loss, diminished earning capacity, pain, suffering, disability, loss of capacity for enjoyment of life, inconvenience, physical impairment, and other non-pecuniary damages caused by the underinsured motorist.

11. The defendant was obligated to conduct a fair and objective evaluation of plaintiff's claims.

12. The plaintiff's medical payments and UIM bodily injury coverages with defendant contain no exclusion for symptoms caused by chronic degenerative conditions created by auto collisions.

13. On 2/5/10, the defendant's employee adjusting plaintiff's medical payments claim indicated that the defendant does not pay for chronic degenerative issues, or passive treatment.

Sarkissian v. Hartford Ins. Co. of the Midwest
2733 / 01 COMPLAINT
Page 2

Exhibit B
Page 2 of 7

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

14. The defendant's employees' negligent and/or reckless and/or intentional misrepresentation of plaintiff's medical payments coverage was a substantial factor in causing harm to the plaintiff.

15. On 6/8/12, the plaintiff, through her representative, submitted medical records and bills for the following treatment to the defendant and requested prompt adjustment of her UIM bodily injury claim:

| Date | Provider | Expense |
|------|----------|---------|
| 03/13/09 | Como Family Chiropractic | $270.00 |
| 03/20/09 | Como Family Chiropractic | $205.00 |
| 03/27/09 | Como Family Chiropractic | $440.00 |
| 04/03/09 | Como Family Chiropractic | $260.00 |
| 04/09/09 | Como Family Chiropractic | $335.00 |
| 04/24/09 | Como Family Chiropractic | $593.00 |
| 05/29/09 | Alaska Spine Institute | $223.00 |
| 06/05/09 | Mat-Su Regional | $1,004.94 |
| 06/05/09 | Alaska Imaging Associates | $164.00 |
| 06/08/09 | Excel Physical Therapy | $321.00 |
| 06/11/09 | Excel Physical Therapy | $174.00 |
| 06/19/09 | Excel Physical Therapy | $221.00 |
| 06/26/09 | Excel Physical Therapy | $162.00 |
| 07/17/09 | Alaska Spine Institute | $138.00 |
| 07/24/09 | Excel Physical Therapy | $213.00 |
| 07/31/09 | Excel Physical Therapy | $232.00 |
| 08/07/09 | Excel Physical Therapy | $232.00 |
| 08/21/09 | Excel Physical Therapy | $232.00 |
| 08/28/09 | Excel Physical Therapy | $232.00 |
| 08/28/09 | Alaska Spine Institute | $150.00 |
| 09/18/09 | Excel Physical Therapy | $232.00 |
| 10/02/09 | Alaska Spine Institute | $117.00 |
| 10/09/09 | Excel Physical Therapy | $243.00 |
| 10/23/09 | Excel Physical Therapy | $243.00 |
| 10/30/09 | Excel Physical Therapy | $20.00 |
| 11/13/09 | Excel Physical Therapy | $291.00 |
| 11/20/09 | Excel Physical Therapy | $291.00 |

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

Sarkissian v. Hartford Ins. Co. of the Midwest
2733 / 01 COMPLAINT
Page 3

Exhibit B
Page 3 of 7

Case 3:13-cv-00022-TMB   Document 1-3   Filed 02/01/13   Page 3 of 7

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

| 12/11/09 | Excel Physical Therapy | $291.00 |
| 12/23/09 | Excel Physical Therapy | $194.00 |
| 01/15/10 | Excel Physical Therapy | $291.00 |
| 01/27/10 | Alaska Spine Institute | $150.00 |
| 03/19/10 | Excel Physical Therapy | $256.00 |
| 04/02/10 | Excel Physical Therapy | $144.00 |
| 04/09/10 | Lighthouse Family Medicine | $422.00 |
| 04/23/10 | Excel Physical Therapy | $268.00 |
| 05/06/10 | Excel Physical Therapy | $268.00 |
| 06/09/10 | Excel Physical Therapy | $194.00 |
| 07/01/10 | Excel Physical Therapy | $191.00 |
| 08/05/10 | Alaska Spine Institute | $150.00 |
| 12/28/10 | Alaska Spine Institute | $155.00 |
| 01/07/11 | Alaska Open Imaging (Wasilla) | $4,319.00 |
| 01/26/11 | Alaska Spine Institute | $155.00 |
| 03/04/11 | Alaska Spine Institute | $155.00 |
| 09/22/11 | Lighthouse Family Medicine | $659.00 |
| 10/13/11 | Alaska Neurology Center | $625.00 |
| 10/17/11 | Best Doctors | n/a |
| 10/28/11 | Imaging Associates of Providence | $3,422.00 |

TOTAL $19,547.94

16. On 3/4/11, Michel Gevaert, M.D. diagnosed the plaintiff with: 1.

Cervical discogenic pain. 2. Low back pain and pain referral in the left lower extremity,

lumbar discogenic pain versus facet syndrome.

17. On 3/4/11, Michel Gevaert, M.D. indicated in plaintiff's medical

record: She still is very symptomatic two years following the motor vehicle accident.

18. The plaintiff's medical records for treatment described in paragraph

15 relate plaintiff's painful symptoms to the 3/7/09 collision.

19. The medical treatment described in paragraph 15 was due to the

3/7/09 collision.

20. On 6/8/12, the plaintiff provided the defendant with a report from Nurse Jamie Kattness who indicated that the plaintiff's primary symptoms appear to be related to the 3/7/09 collision, all treatments appear to be related to the 3/7/09 collision, and that Ms. Sarkissian appears to require indefinite continued treatment for those conditions identified to date as related to the 3/03/09[sic] collision which include severe neck pain, severe back pain, leg pain, head pain, feet numbness, depression, and sleep deprivation as well as future additional treatments, which are not yet identified..

21. Two months later, on 8/6/12, the defendant responded that plaintiff's claim remains open because "we are reviewing the documents you provided in support of Helen Sarkissian's UIM claim."

22. On 9/7/12, the defendant indicated as follows:

We evaluated Ms. Sarkissian's claim from the documentation you provided. We also had our own medical evaluation performed and based upon all of the information we provided, we believe that Ms. Sarkissian received sprain/strain type injuries which should have resolved within three months of the accident.

23. On 9/7/12, the defendant's adjuster knew or should have known that plaintiff still suffered painful symptoms after 3 months from the collision.

24. On 9/7/12, the defendant's adjuster knew or should have known that the plaintiff was continuing to treat for painful symptoms after 3 months from the collision.

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

Sarkissian v. Hartford Ins. Co. of the Midwest
2733 / 01 COMPLAINT
Page 5

Exhibit ___B___

Page __5__ of __7__

Case 3:13-cv-00022-TMB   Document 1-3   Filed 02/01/13   Page 5 of 7

BARBER & BANKER, LLC<br>
ATTORNEYS AT LAW<br>
821 "N" STREET, SUITE 103<br>
ANCHORAGE, ALASKA 99501<br>
PHONE: (907) 276-5858<br>
FAX: (907) 276-5817

25. As of 9/7/12, the defendant's adjuster had medical records describing plaintiff's treatment for painful symptoms continuing more than 3 months after the collision.

26. As of 9/7/12, the defendant's adjuster knew or should have known that different people heal differently for the type of injuries sustained by the plaintiff in the 3/7/09 collision.

27. That as of 9/7/12, the defendant's adjuster was aware of one or more of plaintiff's medical providers relating plaintiff's painful ongoing symptoms continuing more than 3 months after the 3/7/09 collision.

28. As of 9/7/12, the defendant's adjuster had not consulted with any of plaintiff's medical providers about her painful symptoms.

29. The defendant negligently and/or recklessly and/or intentionally excluded plaintiff's painful symptoms continuing more than 3 months after the 3/7/09 collision.

30. The defendant made subrogation claims against a third party for some of the same medical expenses which it denied to plaintiff as being caused by the 3/7/09 collision.

31. The defendant's conduct evidenced reckless disregard of the plaintiff's interests.

32. The defendant's conduct was outrageous.

33. The defendant's conduct was unconscionable.

Sarkissian v. Hartford Ins. Co. of the Midwest
2733 / 01 COMPLAINT
Page 6

Exhibit B

34. The defendant recklessly adjusted plaintiff's claims.

35. The defendant is liable to the plaintiff for breach of contract.

36. The defendant is liable to the plaintiff for breach of the covenant of good faith and fair dealing.

37. The defendant is liable to the plaintiff for exemplary and/or punitive damages.

38. The defendant failed to conduct a fair and objective evaluation of plaintiff's UIM bodily injury claim.

39. The defendant is liable for negligent and/or reckless training and/or supervision which were substantial causes of harm to the plaintiff.

WHEREFORE, having fully pled plaintiff's complaint, plaintiff requests a judgment against defendant for an amount greater than ONE HUNDRED THOUSAND ($100,000.00) DOLLARS to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this ___3___ day of January, 2013.

BARBER & BANKER, LLC
Attorneys for Plaintiff

By: _____
Jeffrey Barber
ABA No. 0111058

BARBER & BANKER, LLC
ATTORNEYS AT LAW
821 "N" STREET, SUITE 103
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

Exhibit ___B___
Page 7 of 7