James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: jkw@bwclawyers.com

Lawyers for Hartford Insurance Company of the Midwest


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE


| | | |
|---|---|---|
| HELEN SARKISSIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-00022-TMB |
| | ) | |
| vs. | ) | |
| | ) | |
| HARTFORD INSURANCE CO. | ) | **STIPULATION FOR DISMISSAL** |
| OF THE MIDWEST, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their

undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

that all claims in the captioned matter which were or could have been asserted by

Plaintiff Helen Sarkissian against Defendant Hartford Insurance Company of the

Midwest be dismissed with prejudice, each party to bear its own costs and attorney's fees,

on the ground and for the reason all issues raised herein have been fully compromised and settled.

DATED at Anchorage, Alaska, this 12th day of February, 2014.

BLISS, WILKENS & CLAYTON
Lawyers for Hartford Insurance
Company of the Midwest

By: s/James K. Wilkens
   500 L Street, Suite 200
   Anchorage, AK 99501
   Telephone: (907) 276-2999
   Facsimile: (907) 276-2956
   E-mail: jkw@bwclawyers.com
   ABA No.: 8408071

BARBER & BANKER, LLC
Lawyers for Plaintiff Helen Sarkissian

By: s/Jeffrey J. Barber
   821 N Street, Suite 103
   Anchorage, AK 99501
   Telephone: (907) 276-5858
   Facsimile: (907) 276-5817
   E-mail: jeffb@alaskainjury.com
   ABA No.: 0111058

N:\JAW\2986\5\PLDNGS\Dismiss.Stip.doc

STIPULATION FOR DISMISSAL WITH PREJUDICE   *Sarkissian v. Hartford*
Page 2 of 2   3:13-cv-00022-TMB

Case 3:13-cv-00022-TMB Document 54 Filed 02/12/14 Page 2 of 2